No. 84–5385.   RYAN v. SMITH ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–5386.   EVANS v. EVANS.   Ct. App. D. C.   Certiorari denied.

No. 84–5392.   TRUJILLO v. WINANS, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 84–5394.   SAULSBERRY v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 84–5395.   NALLY v. STEPHENS ET AL.   Sup. Ct. Ga.   Certiorari denied.

No. 84–5400.   PERRY v. BROWN ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–5405.   BROWN v. NAIL ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–5415.   CARTER v. DEPARTMENT OF THE AIR FORCE ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–5427.   ELLERBE v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 84–5429.   LOCKLEAR v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 84–5431.   DUKES v. MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 84–5434.   NEIL v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 84–5437.   PEELER v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 84–5438.   PEARSON v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–5445.   WOE, BY HIS MOTHER AND GUARDIAN, WOE v. CUOMO, GOVERNOR OF NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.